UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BELWITH PRODUCTS, LLC,

        Plaintiff,

v.

        Case No. 1:10-cv-898

LAUREY CABINET HARDWARE,

        HONORABLE PAUL L. MALONEY

        Defendant.

_____/

## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that defendant Laurey Cabinet Hardware has not filed the requisite disclosure.

IT IS HEREBY ORDERED that defendant Laurey Cabinet Hardware shall file a corporate disclosure statement within seven (7) days of the date of this order.

Date: October 25, 2010

        /s/ Paul L. Maloney
        Paul L. Maloney
        Chief United States District Judge